**DISMISS and Opinion Filed May 15, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00171-CV**

**DR. GARY S. DONOVITZ, Appellant**
**V.**
**BIOTE MEDICAL LLC, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-08737**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's May 6, 2024 unopposed motion to dismiss this appeal. In the motion, appellant asks the Court to dismiss the appeal with prejudice with each side bearing their own costs of the appeal. We grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240171F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DR. GARY S. DONOVITZ,
Appellant

No. 05-24-00171-CV          V.

BIOTE MEDICAL LLC, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-22-08737.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered May 15, 2024